CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/3/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| JANE DOE, | CASE NO. 6:22-cv-21 |
| *Plaintiff,* | |
| v. | ORDER |
| LIBERTY UNIVERSITY, INC., et al, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

## ORDER PERMITTING USE OF PSEUDONYM

UPON CONSIDERATION of Plaintiff's Motion to Proceed Under Pseudonym, Dkt. 2, and all positions and arguments therein, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. IT IS FURTHER ORDERED that the Plaintiff shall be identified as Jane Doe in the above-captioned matter and in all pleadings and filings in this Court.

The Clerk of the Court is hereby directed to deliver a copy of this order to all counsel of record.

Entered this __3rd__ day of May 2022.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE