CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/14/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| JANE DOE, *Plaintiff,* v. LIBERTY UNIVERSITY, INC., et al, *Defendants.* | CASE NO. 6:22-cv-21 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This order resolves several issues regarding Plaintiff's motion for leave to file an amended complaint and Defendants' motions to dismiss. The original complaint in this case, Dkt. 1, was filed on April 27, 2022, and several motions to dismiss, Dkt. 13, 23, and 33, followed. On June 8, 2022, Plaintiff attempted to file an amended complaint without leave of the Court, Dkt. 39, which the Court dismissed because it was not timely as an amended complaint by matter of right, Dkt. 42.

Now, Plaintiff moves for leave to file the amended complaint, Dkt. 44. The proposed amended complaint "includes additional detailed factual allegations that relate back to the existing causes of action already at issue in the original Complaint. Additionally, the Amended Complaint disposes of Counts IV and V of the Original Complaint." Dkt 44 at 4. Under Rule 15(a), leave to amend "shall be freely given when justice so requires." The Court finds that the interests of justice are served by allowing Plaintiff to file an amended complaint and will allow Plaintiff to do so.

However, the amended complaint will moot the prior motions to dismiss. *Young v. City of Mount Ranier*, 238 F.3d 567, 573 (4th Cir. 2001). Therefore, the Court will hold that the prior

motions to dismiss are moot, allow Defendants time to re-file their motions to dismiss with respect to the amended complaint, and move the hearing set for June 22 to a later date. The Court will also, at the parties' request, Dkt. 30, suspend the pretrial order until after the resolution of the motions to dismiss.

Thus, the Court HEREBY ORDERS:

- The motions referred to Magistrate Judge Ballou at Dkt. 30, 43, and 44 are no longer referred.
- Defendants' motion for leave to file an amended complaint, Dkt. 44, is GRANTED.
- The parties' joint motion for extension of time, Dkt. 43, is GRANTED with respect to its request to continue the hearing set for June 22, 2022 to a later date. The parties are ORDERED to contact the Clerk's Office to schedule a hearing for a later date.
- Defendants' motions to dismiss, Dkt. 13, 23, and 33, are DENIED, without prejudice, as moot.
- The parties' joint motion to set aside the pretrial order, Dkt. 30, is GRANTED.

The Clerk of Court is hereby directed to deliver a copy of this order to all counsel of record.

Entered this  14th  day of June 2022.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE