# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 6:22-cv-00021** |
| **LIBERTY UNIVERSITY, INC., et al.,** | |
| **Defendants.** | |

### OASIS2000, LLC; BLUE2000, LLC; SAGE COMMUNITIES, LLC; AND LP APARTMENTS, LLC'S
### <u>12(b)(6) MOTION TO DISMISS THE AMENDED COMPLAINT</u>

Pursuant to Fed. R. Civ. P. 12(b)(6), Oasis2000, LLC; Blue2000, LLC; Sage Communities, LLC; and LP Apartments, LLC move to dismiss Plaintiff's claims asserted against them in the Amended Complaint (Dkt. 52) with prejudice. The grounds for their Fed. R. Civ. P. 12(b)(6) motion are set forth in their brief, filed today.

Respectfully submitted,

OASIS2000, LLC; BLUE2000, LLC; SAGE COMMUNITIES, LLC; AND LP APARTMENTS, LLC

/s/_____
Phillip V. Anderson (VSB No. 23758)
Andrew S. Gerrish (VSB No. 83914)
FRITH ANDERSON + PEAKE
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: (540) 772-4600
Fax: (540) 772-9167
panderson@faplawfirm.com
agerrish@faplawfirm.com
*Counsel for Oasis2000, LLC; Blue2000, LLC; Sage Communities, LLC; and LP Apartments, LLC*



FRITH
ANDERSON
+ PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will automatically send notification of

such filing to all counsel of record.

/s/_____

Of Counsel



2

1982.1133\ASG
4856-4166-2502 .v1