IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:22-cv-00021-NKM |
| | ) |
| LIBERTY UNIVERSITY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENTRY OF STIPULATED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Plaintiff, Jane Doe, and Defendants Liberty University, Inc.; Jordan Digges; Oasis2000, LLC; Blue2000, LLC; Sage Communities, LLC d/b/a Langley Properties; and LP Apartments, LLC d/b/a Langley Properties (collectively, "Parties"), move for entry of a Stipulated Protective Order Governing Discovery to protect the confidentiality of educational records of the Parties which may be produced in discovery in this case. The Parties have reached an agreement on the contents of the Stipulated Protective Order Governing Discovery as evidenced by the representations and signatures of their counsel on the proposed Order attached hereto and agree and stipulate to be bound by the terms of the protective order.

**LIBERTY UNIVERSITY, INC.,**

By: /s/ Harold E. Johnson
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 6, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Rhonda Quagliana, Esquire
Michie Hamlett
310 4th Street NE, 2nd Floor
P.O. Box 298
Charlottesville, VA 22902
Telephone:  (434) 951-7225
Email:  Rquagliana@michiehamlett.com

Drew B. LaFramboise, Esquire
Erika Jacobsen White, Esquire
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770
Telephone: 301-220-2200
Email: dlaframboise@jgllaw.com
          ewhite@jgllaw.com
*Counsel for Plaintiff*

John Ernest Falcone, Esquire
Luke Joseph Malloy, III, Esquire
Petty, Livingston, Dawson & Richards
725 Church Street, Suite 1200
Lynchburg, VA 24505
434-846-2768
Fax: 847-0141
Email: jfalcone@pldrlaw.com
          lmalloy@pldrlaw.com
*Counsel for Defendant Jordan Digges*

Andrew Shane Gerrish, Esquire
Phillip Verne Anderson, Esquire
Frith Anderson & Peake PC
39 Franklin Road, SW
Roanoke, VA  24011
Telephone: 540-772-4600
Email: agerrish@faplawfirm.com
          panderson@faplawfirm.com
*Counsel for Defendants Oasis2000, LLC, Blue 2000, LLC, Sage Communities, LLC, and LP Apartments, LLC,*

By: /s/ Harold E. Johnson
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA  23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*