CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/14/2022

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　*Plaintiff,*<br>v.<br><br>LIBERTY UNIVERSITY, INC., *et al.*,<br><br>　　　　　　*Defendants.* | CASE NO. 6:22-cv-21<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the Defendants' motions to dismiss. Dkts. 55, 57. For the reasons set forth in the Court's accompanying Memorandum Opinion, the Court **GRANTS** Oasis2000, LLC, Blue2000, LLC, Sage Communities, LLC, and LP Apartments, LLC ("Oasis Defendants")'s motion, Dkt. 55, and Liberty University, Inc.'s motion, Dkts. 57.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to counsel of record.

Entered this __14th__ day of October, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE