IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

**JANE DOE**,

                Plaintiff

v.

                                   CIVIL ACTION NO. 6:22-CV-21

**LIBERTY UNIVERSITY, INC., and**
**JORDAN DIGGES**

                Defendants

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), the plaintiff stipulates that all of her claims against defendant Jordan Digges (Counts VII, VIII, IX, X and XI) of her last Amended Complaint (ECF Doc. 52) be dismissed with prejudice, and Jordan Digges stipulates that his Counterclaim against plaintiff be dismissed with prejudice. Having been dismissed from this action, Digges' counsel should no longer receive ECF notices.

**JORDAN DIGGES**
By: /s/ John E. Falcone
John Ernest Falcone (VSB #17879)
Luke Joseph Malloy, III (VSB #94877)
Petty, Livingston, Dawson & Richards
725 Church Street, Suite 1200
Lynchburg, VA 24505
434-846-2768
Fax: 847-0141
Email: jfalcone@pldrlaw.com
       lmalloy@pldrlaw.com
Counsel for Jordan Digges

**LIBERTY UNIVERSITY, INC.,**
By:  /s/ Harold E. Johnson
Harold E. Johnson (VSB #65591)
Amanda H. Bird-Johnson (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA  23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
Counsel for Defendant Liberty University, Inc.

**JANE DOE**
By:  /s/ Drew LaFramboise
Drew LaFramboise, *pro hac vice*
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 222-2200
(301) 220-1214 (fax)
dlaframboise@jgllaw.com

/s/ Rhonda Quagliana
Rhonda Quagliana (VSB #39522)
MichieHamlett PLLC
P.O. Box 298
Charlottesville, VA  22902
(434) 951-7225
(434) 951-7279 (fax)
rquagliana@michiehalett.com

Counsel for Plaintiff Jane Doe

## CERTIFICATE

I hereby certify that on this 28th day of April, 2023 I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will serve all counsel via e-mail.

　　/s/  John E. Falcone_____

John E. Falcone (Va. Bar #17879)
PETTY, LIVINGSTON, DAWSON & RICHARDS
P.O. Box 1080
Lynchburg, VA  24505
Phone:  434-846-2768
Fax:  434-847-0141
jfalcone@pldrlaw.com
Counsel for Jordan Digges