IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:22-cv-00021-NKM |
| | ) |
| LIBERTY UNIVERSITY, INC., *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant Liberty University, Inc.'s ("Liberty"), Motion for Summary Judgment as to all claims asserted by Plaintiff Jane Doe, and upon consideration of the pleadings, briefs, and exhibits submitted to the Court, and for good cause shown, it is hereby

ADJUDGED, ORDERED, and DECREED, that Liberty's Motion for Summary Judgment is GRANTED, and that this case is dismissed with prejudice.

Date: _____                         _____