## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 6:22-cv-00021** |
| **LIBERTY UNIVERSITY, INC.** | |
| **Defendants.** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), and by and through their undersigned counsel, the parties stipulate to the dismissal of Plaintiff Jane Doe's Amended Complaint against Defendant Liberty University, Inc. with prejudice.  The parties further stipulate that no consideration of any kind was paid by Liberty University or received by Plaintiff in connection with the dismissal of this matter; and each party shall bear its own costs and attorneys' fees.

With no further pending claims, this matter is now closed.

Stipulated and Agreed:

**JANE DOE**

By:__/s/_____
Rhonda Quagliana (VSB #39522)
MichieHamlett PLLC
P.O. Box 298
Charlottesville, VA 22902
(434) 951-7225 (tel.)
(434) 951-7279 (fax)
rquagliana@michiehamlett.com


_/s/_____
Drew LaFramboise, *pro hac vice*
Erika Jacobsen White, *pro hac vice*
Bridget Cardinale, *pro hac vice*
Joseph, Greenwald & Laake, P.A.

**LIBERTY UNIVERSITY, INC.**

By:__/s/_____
Harold E. Johnson (VSB #65591)
Amanda H. Bird-Johnson (VSB #92110)
Williams Mullen
200 South 10th Street
Suite 1600
Richmond, VA 23218
(804) 420-6000 (tel.)
(804) 420-6507 (fax)
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com

*Counsel for Defendant Liberty University, Inc.*

6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 (tel.)
(301) 220-1214 (fax)
dlaframboise@jgllaw.com
ewhite@jgllaw.com
bcardinale@jgllaw.com

*Counsel for Plaintiff Jane Doe*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of October, 2023 I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will serve all counsel via e-mail.

___/s/_____

Drew LaFramboise, Esq.