CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/10/2023
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                *Plaintiff,*<br>v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>                *Defendant.* | Case No. 6:22-cv-21<br><br>ORDER<br><br>Judge Norman K. Moon |

The Court received the parties' Stipulation of Dismissal with Prejudice. Dkt. 94.

Accordingly, the case is **DISMISSED** and Defendant's Motion for Summary Judgment, Dkt. 90, is **DENIED AS MOOT**.

    It is so **ORDERED**.

    The Clerk of Court is directed to send a copy of this order to all counsel of record.

    Entered this  10th  day of October, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1